**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

JOHN H. DOUGLAS, CA BAR NO. 178966
SCOTT P. INCIARDI, CA BAR NO. 228814
ATTORNEYS FOR DEFENDANT
JOHNSON CONTROLS, INC.

**LAW OFFICE OF GREGORY S. REDMOND**
430 RAILROAD AVENUE
PITTSBURG, CA 94565
TELEPHONE: 925.427.9023
FACSIMILE: 925.427.3020

GREGORY S. REDMOND, CA BAR NO. 158135
ATTORNEYS FOR PLAINTIFF
ED SEEGERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED SEEGERS,<br><br>  Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>  Defendant. | CASE NO. C05-03731 WHA<br><br>[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND TO TRANSFER CASE<br><br>CASE FILED: SEPTEMBER 15, 2005<br><br>HON. WILLIAM H. ALSUP |

Pursuant to Civil Local Rules 3-3 and 3-12, plaintiff Ed Seegers ("Seegers") and defendant Johnson Controls, Inc. ("JCI") have moved the Court to issue an Order declaring Case Number C05-03731 WHA and C06-01939 JL related cases and to transfer Case Number C06-01939 JL to Judge Alsup. After considering the papers and arguments submitted in support of the motion, and finding good cause therefore, the Court has decided that the motion should be GRANTED.

1

[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND TO TRANSFER CASE

SFCA_380717.1

1  PURSUANT TO STIPULATION IT IS SO ORDERED.
2
3  DATED: March 28, 2006
4
5  _____
6  HON. WILLIAM H. ALSUP



2
[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED AND TO TRANSFER CASE

SFCA_380717.1