FOLEY & LARDNER LLP
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

JOHN H. DOUGLAS, CA BAR NO. 178966
SCOTT P. INCIARDI, CA BAR NO. 228814
ATTORNEYS FOR DEFENDANT
JOHNSON CONTROLS, INC.

LAW OFFICE OF GREGORY S. REDMOND
430 RAILROAD AVENUE
PITTSBURG, CA 94565
TELEPHONE: 925.427.9023
FACSIMILE: 925.427.3020

GREGORY S. REDMOND, CA BAR NO. 158135
ATTORNEYS FOR PLAINTIFF
ED SEEGERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED SEEGERS,<br><br>    PLAINTIFF,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>    DEFENDANT. | CASE NOS: C06-01939 WHA<br>                 C05-03731 WHA<br><br>[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL AND DISMISS CASES WITH PREJUDICE<br><br>CASE FILED: SEPTEMBER 15, 2005<br><br>HON. WILLIAM H. ALSUP |

Pursuant to this Court's order of April 3, 2006, the parties herein, plaintiff Ed Seegers ("Plaintiff") and defendant Johnson Controls, Inc. ("Defendant") have moved the Court to approve a confidential settlement agreement (the "Agreement") resolving, among other things, Plaintiff's claims under the Fair Labor Standards Act ("FLSA"). The Court has scrutinized the settlement for fairness and finds that the settlement meets

1

[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO APPROVE
CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL
CASE NOS. C05-03731 WHA & C06-01939 WHA

SFCA_380009.1

the standards of fairness required under the FLSA. After considering the papers and arguments submitted in support of the motion, and finding good cause therefore, the Court has decided that the motion should be GRANTED. Case Numbers C05-03731 WHA and C06 01939 WHA are DISMISSED WITH PREJUDICE. Pursuant to the Court's order of April 3, 2006, the Settlement Agreement and the Parties' motion are to be filed UNDER SEAL.

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED: April 13, 2006

_____
HON. WILLIAM H. ALSUP

2
[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO APPROVE
CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL
CASE NOS. C05-03731 WHA & C06-01939 WHA

SFCA_380009.1